UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS - SPRINGFIELD

CHASE HUNTER,

Plaintiff,

v.

SUSAN A. MCCOY,
THE OHIO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL HOLDING CO., INC.,
WELLS FARGO CLEARING SERVICES, LLC,
NATIONAL GRID USA SERVICE COMPANY, INC., ROSEMARY SACCOMANI, IN HER OFFICIAL CAPACITY AS REGISTER OF THE HAMPDEN COUNTY PROBATE COURT AND INDIVIDUALLY, JOANNE AUCLAIR, AND IBS ELECTRONICS & SECURITY, LLC.

Defendants.

Case No.: 3:25-cv-30143-MGM

PLAINTIFF'S MOTION TO DISQUALIFY OSCAR SUAREZ, ESQ., AS ATTORNEY FOR TWO DEFENDANTS, TO STRIKE ANY DOCUMENTS THAT HE FILED ON BEHALF OF "SUSAN A. MCCOY", "LIBERTY" AND "OHIO", AND LIMIT HIS REPRESENTATION TO ONLY SUSAN A. MCCOY

VERIFIED

COMES NOW, the Plaintiff, Chase Hunter, *pro se,* ("Plaintiff") to move this Court for the relief stated in the caption above. Plaintiff's combined statement of facts, memorandum of law, and affidavit in support of this motion are being filed on even date.

Dated: August 26, 2026

Respectfully submitted,

/s/ Chase Hunter

CHASE HUNTER, *pro se*
Plaintiff
PO Box 2144 Springfield, MA 01101

Tel: 413 309 3866
Email: USOneLove@PandGmail.com

LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Chase Hunter, Plaintiff, *pro se*, hereby certify that I communicated by email with all nine defendants at 6:15pm on August 23, 2026. I communicated with them using the email addresses shown below. I asked that any objections be made prior to 5:00pm EST on August 26, 2026. I received some objections. I invited all objectors to conference. Some objectors accepted my invitation. I certify that I attempted in good faith to resolve or narrow the issue before filing this motion.

Chase Hunter 8/26/26

/s/ Chase Hunter

CERTIFICATE OF SERVICE

I, Chase Hunter, Plaintiff, *pro se,* certify that I have served the foregoing document upon the nine Defendants on August 26, 2026, as follows:

Via ECF:
Defendant SUSAN A. MCCOY
Oscar L. Suarez, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Suarez@halloransage.com

Via ECF:
Defendant THE OHIO CASUALTY INSURANCE COMPANY
Oscar L. Suarez, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Suarez@halloransage.com

Via ECF:
Defendant LIBERTY MUTUAL HOLDING CO., INC.
Oscar L. Suarez, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Suarez@halloransage.com

Via ECF:
Defendant WELLS FARGO CLEARING SERVICES, LLC
Sarah Meyer, Esq.
Womble Bond Dickinson (US) LLP
100 Light Street 26th Floor
Baltimore, MD 21202
Sarah.Meyer@wbd-us.com

Michael L. Kane, Esq.
Defendant WELLS FARGO CLEARING SERVICES, LLC
Womble Bond Dickinson (US) LLP
470 Atlantic Avenue, Suite 600
Boston, MA 02210
(857) 287-3160
Michael.Lane@wbd-US.com

Via ECF:
Defendant NATIONAL GRID USA SERVICE COMPANY, INC.
Brian E. Whiteley, Esq.
Nicholas J. Pompeo, Esq.
Barclay Damon LLP
160 Federal Street, Suite 1001
Boston, MA 02110
bwhiteley@barclaydamon.com
npompeo@barclaydamon.com

Via ECF:

Defendant ROSEMARY SACCOMANI, IN HER OFFICIAL CAPACITY AS REGISTER OF THE HAMPDEN COUNTY PROBATE COURT AND INDIVIDUALLY,
Andrea Davulis, Esq.
Assistant Attorney General Government Bureau/Trial Division
1441 Main Street, 12th Floor.
Springfield, MA 01103
(413) 523-7706
andrea.davulis@mass.gov

Via ECF:
Defendant JOANNE AUCLAIR
Jeffrey M. Siegel, Esq.
Fierst Bloomberg Ohm LLP
64 Gothic St., Suite 4
Northampton, MA 01060
(413) 584-8067
siegel@fierstbloomberg.com

Via email:
Defendant IBS ELECTRONICS & SECURITY, LLC.
Jonathan J. Waitt, manager
IBS Electronics & Security, LLC
225 Armory St
Springfield, MA 01104
info@IBSElectronics.net

/s/ Chase Hunter

Plaintiff, *pro se*